# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jbarton@faillacelaw.com

February 3, 2020

FEB 0 3 2020

**BY ECF**  
Hon. Judge Alison J. Nathan  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: Perez Mijangos et al v. Jesa 31, Inc. et al; 19-cv-4244

Your Honor:

We represent Plaintiffs in the above-referenced matter. We write, on consent, to request a 30-day extension of the deadline to file the settlement agreement and a joint letter, currently scheduled for February 5, 2020. This is the first request of its kind.

The parties are working diligently on completing their settlement papers, but anticipate needing a bit more time to get their agreement executed and file their fairness motion. As such, the parties respectfully request the deadline to file the settlement agreement and a joint letter be extended by 30 days. SO ORDERED

Thank you for your attention.

SO ORDERED: 2/3/20

_____  
HON. ALISON J. NATHAN  
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

/s/ Jesse Barton  
Jesse Barton, Esq.  
MICHAEL FAILLACE & ASSOCIATES, P.C.  
Attorneys for Plaintiffs