# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jbarton@faillacelaw.com

February 18, 2020

FEB 1 9 2020

**BY ECF**
Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Perez Mijangos et al v. Jesa 31, Inc. et al; 19-cv-4244</u>

Your Honor:

We represent Plaintiffs in the above-referenced matter. We write to amend our extension request filed at Doc. No. 33. Defendants have indeed submitted the first settlement installment payment to their attorney's escrow account per the agreement.[1] However, not all Defendants have fully executed the agreement. As such, we respectfully request a three-week adjournment to submit the agreement. I apologize for the oversight in my last submission.

*SO ORDERED*

Thank you for your attention.

Respectfully Submitted,

*/s/ Jesse Barton*
Jesse Barton, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*

SO ORDERED: 2/19/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

---

[1] In my last submission, I advised that Defendants had not submitted this payment. This was a mistake on my part.