UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2020

Juan de Dios Perez Mijangos, *et al.*,

        Plaintiffs,

–v–

Jesa 31, Inc., *et al.*,

        Defendants.

19-cv-4244 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

According to the Court's order of January 6, 2020, Dkt. No. 40, the parties should advise the Court within one week of submitting a settlement agreement whether they consent to proceed before the Magistrate Judge. The settlement agreement was submitted on March 4, 2020, but as of the date of this order, the Court is not in receipt of a response from the parties. If all parties consent to proceed before the Magistrate Judge, counsel shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, by April 21, 2020. If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter by April 21, 2020 advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: April 14, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge